BANKERS TRUST COMPANY, as Trustee, Appellant, *v.* CITY OF YONKERS et al., Respondents, Impleaded with Another.

Submitted June 19, 1939; decided July 11, 1939.

Motion for reargument denied with ten dollars costs and necessary printing disbursements.  (See 280 N. Y. 738.)

LOUISE HENRY, Respondent, *v.* NEW YORK POST, INC., Appellant.

Submitted July 11, 1939; decided July 11, 1939.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements.  (See 280 N. Y. 842.)